NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDERICK D. TAYLOR,**
*Petitioner,*

v.

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2013-3001

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110754-I-1.

---

**ON MOTION**

---

**ORDER**

Ederick D. Taylor moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid within 14 days from the filing of this order.

EDERICK TAYLOR V. AIR FORCE                                      2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24